UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUBREY PITRE** and | * | CIVIL ACTION |
| **DAVID BONVILLAIN** | * | |
| | * | |
| VERSUS NO. | * | NO. _____ |
| | * | |
| TIGER TUGZ, L.L.C. | * | SECTION ____ MAG. ____ |

**COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come petitioners, **AUBREY PITRE** and **DAVID BONVILLAIN**, persons of legal capacity and domiciled in Lafourche Parish, State of Louisiana who with respect represents as follows:

1.

Made defendant herein is:

**TIGER TUGZ, L.L.C.**, a Louisiana Limited Liability Company domiciled in the Parish of St. Mary and authorized to do and doing business in the Parish of Terrebonne, State of Louisiana;

2.

Defendant herein is liable and indebted unto petitioners for such damages as are reasonable in the premises, together with legal interest from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

Petitioners bring this suit pursuant to this Court's Admiralty Jurisdiction, 28 USCA 1333.

4.

On or about October 18, 2009, petitioners, Aubrey Pitre and David Bonvillain, were traveling in a 17-foot, flat-bottom, aluminum boat owned and operated by Aubrey Pitre eastward along Bayou Black in an area adjacent to the Max Welders facility and located within the Parish of Terrebonne, State of Louisiana;

5.

A barge was docked along the banks of the Max Welders facility and further eastward on Bayou Black was a barge on the opposite bank being maneuvered by the M/V TIGER PRIDE, a tug boat owned and operated by Defendant, TIGER TUGZ, L.L.C.;

6.

Due to the prop wash being generated by the M/V TIGER PRIDE, petitioners stopped their vessel as they approached the barge moored by the Max Welders facility as they waited for the M/V TIGER PRIDE to complete its maneuvers, thereby providing petitioners safe passage along the Bayou;

7.

After approximately fifteen minutes, petitioners observed that the M/V TIGER PRIDE had completed its maneuvers and began to proceed along Bayou Black;

8.

As petitioners' vessel began to clear the barge moored at Max Welders, the M/V TIGER PRIDE suddenly and without warning powered up and resumed maneuvers, causing a sudden and unexpected prop wash to wash over the bow of petitioners vessel;

9.

As a result of the prop wash from the M/V TIGER PRIDE, petitioners were forced to jump overboard as their vessel capsized and sunk, resulting in injury;

10.

As a result of the prop wash from the M/V TIGER PRIDE, petitioner, Aubrey Pitre, aggravated a pre-existing back and neck conditions, was washed under the bow of the barge moored along the banks of the Max Welders facility, was found without pulse or respiration and revived through CPR;

11.

As a result of the incident with the M/V TIGER PRIDE, petitioner, David Bonvillain, aggravated a pre-existing back and neck conditions, took water into his lungs, and suffered severe stress as a result of his having to abandon his vessel;

12.

A proximate cause of the above referenced accident was the negligence of defendant, TIGER TUGZ, L.L.C., which is attributed to, but not limited to, the following:

    a)    Failure to maintain watch while conducting maneuvers on a narrow waterway;

    b)    Failure to proceed in a manner to ensure the safety of other vessels traveling along the waterway;

    c)    Failure to ensure that the waterway was clear prior to beginning maneuvers; and

    d)    Any and all other acts of negligence which may be proven at trial of this matter.

13.

As a result of the incident with the M/V TIGER PRIDE, petitioner, Aubrey Pitre, suffered damages, both general and special, that he is entitled to recover, including but not necessarily limited to:

- a) loss of consciousness due to drowning;
- b) infections due to intake of water into his lungs;
- c) aggravation of pre-existing back and neck injuries;
- d) past, present and future emotional distress;
- e) past, present and future medical expenses;
- f) total loss of his vessel; and
- g) any additional damages as are reasonable under the premises.

14.

As a result of the incident with the M/V TIGER PRIDE, petitioner, David Bonvillain, suffered damages, both general and special, that he is entitled to recover, including but not necessarily limited to:

- a) infections due to intake of water into his lungs;
- b) aggravation of pre-existing back and neck injuries;
- c) past, present and future emotional distress;
- d) heart attack induced by the stress of this incident;
- e) past, present and future medical expenses; and
- f) any additional damages as are reasonable under the premises.

WHEREFORE, the premises considered, petitioners, Aubrey Pitre and David Bonvillain, pray that that the defendant, TIGER TUGZ, L.L.C., be duly cited and served with a copy of this petition and, after all legal delays are had, there be judgment in favor of petitioners and against the defendant in the amounts as are reasonable in the premises, together with legal interest thereof from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

Respectfully submitted,

_____
CHRISTOPHER J. ST. MARTIN (#26122)
**JOSEPH G. JEVIC, III (#23145)**
ST. MARTIN & BOURQUE
P.O. Box 2017
4084 Hwy. 311
Houma, Louisiana 70361-2017
Telephone: (985) 876-3891
Fax: (985) 851-2219

PLEASE SERVE:

Tiger Tugz, L.L.C.
Through their agent for service of process:
Dale P. Rentrop, Jr.
100 Belanger Street
Morgan City, LA 70380